[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 14, 2010
JOHN LEY
CLERK

No. 10-10193
Non-Argument Calendar

_____

D.C. Docket No. 2:09-cv-00079-AAA-JEG

EDWARD  P. MANTURUCK,

Plaintiff-Appellant,

versus

RICHARD M. MEEKS, Georgia State
Trooper,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(September 14, 2010)

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

We have carefully reviewed the record and briefs.  We conclude that the district court correctly dismissed the complaint.

The statements of conclusions without fact averments do not and did not meet the plausibility standard of *Randall v. Scott*, 610 F.3d 701 (11th Cir.  2010).

Appellant did not and has not moved for permission to amend the complaint.  No amendment was filed or proffered.

AFFIRMED.